UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

GREGORY J. REED

Debtor.

Case No. 15-cv-14462
Hon. Matthew F. Leitman

_____/

**ORDER DENYING MOTION FOR STAY PENDING APPEAL,
TEMPORARILY STAYING LIQUIDATION OF PERSONALTY
AND FOR ADDITIONAL BRIEFING FOLLOWING
HEARING ON KEEPER OF THE WORD FOUNDATION'S
MOTION FOR STAY PENDING APPEAL**

For the reasons set forth on the record at the hearing on March 31, 2016 on Keeper of the Word Foundation's Motion for Stay Pending Appeal:

**IT IS HEREBY ORDERED** that the Appellant/Debtor's Motion for Stay Pending Appeal is denied.

**IT IS FURTHER ORDERED** that the Trustee is stayed from disposing of KWF items of personal property (the "KWF Collection") without further order of this Court.

**IT IS FURTHER ORDERED** that Keeper of the Word Foundation ("KWF"), Gregory Reed, and Kenneth Nathan, Trustee, are to submit Supplemental Briefs on the issues set forth by the Court during the March 31, 2016 hearing.

**IT IS FURTHER ORDERED** that the Supplemental Briefs are limited to 20 pages. The parties shall simultaneously submit their briefs on May 6, 2016.

**IT IS FURTHER ORDERED** that the parties may submit Reply Briefs to the Supplemental Briefs 7 days after the filing of the Supplemental Briefs. Reply Briefs are limited to 7 pages.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2016


Approved as to form:


/s/Kurt Thornbladh
Kurt Thornbladh (P25858)
Attorney for Keeper of the Word Foundation


/s/Scott Kwiatkowski
Scott Kwiatkowski (P67871)
Attorney for Gregory J. Reed


/s/David Findling
David Findling (P43256)
Attorney for Trustee