UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY J. REED *et al.*,

    Appellant,

Case No. 15-cv-14462
Hon. Matthew F. Leitman

v.

KENNETH A. NATHAN

    Appellee.
_____/

## ORDER CONCERNING AMICUS BRIEF

Given the issues presented in this appeal, the Court determined that it would substantially benefit from an amicus brief submitted by an author with substantial bankruptcy experience. The Court then reached out the American College of Bankruptcy (the "College") and inquired whether the College would be willing so submit such a brief. The College referred the Court's request to its Academic Fellows. Thereafter, Professor Ralph Brubaker, the Carl L. Vacketta Professor of Law at the University of Illinois College of Law, agreed to submit an amicus brief in the form of a letter brief addressed to the Court.

The Court anticipates that it will receive Professor Brubaker's amicus letter brief within the next week. When the Court receives the letter brief, it will post the brief to the docket in this action. Each party may submit one final supplemental

1

brief addressing any issues raised in Professor Brubaker's letter brief.  These final supplemental briefs are due no later than **seven days** after the Court files Professor Brubaker's amicus letter brief on the docket.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 21, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113