UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY J. REED *et al.*,

  Appellant,

Case No. 15-cv-14462
Hon. Matthew F. Leitman

v.

KENNETH A. NATHAN

  Appellee.

_____/

## ORDER DENYING APPELLANT'S MOTION FOR RECONSIDERATION (ECF #39)

On October 11, 2016, this Court entered an Amended Opinion and Order that affirmed the Bankruptcy Court's January 4, 2016, Amended Order Requiring Turnover of Assets (the "Opinion and Order"). (*See* ECF #37.)  On October 25, 2016, Appellant Keeper of the Word Foundation ("KWF") filed a timely motion asking the Court to reconsider its ruling (the "Motion for Reconsideration"). (*See* ECF #39.)

On a motion for reconsideration, a movant must demonstrate that the Court was misled by a "palpable defect." E.D. Mich. L.R. 7.1(h)(3). A "palpable defect" is a defect that is obvious, clear, unmistakable, manifest, or plain. *See Witzke v. Hiller*, 972 F.Supp. 426, 427 (E.D. Mich. 1997). The movant must also show that the defect, if corrected, would "result in a different disposition of the case." E.D.

1

Mich. L.R. 7.1(h)(3). A motion for reconsideration is not a vehicle to rehash old arguments, or to proffer new arguments or evidence that the movant could have presented earlier. *See Sault Ste. Marie v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998).

The Court has reviewed the Motion for Reconsideration and concludes that KWF has failed to demonstrate that the Court was misled by a "palpable defect." Nor has KWF established that the correction of such a defect would result in a different disposition of its appeal. Finally, while KWF asks the Court for additional time to retain new counsel and file additional objections to the Opinion and Order, the Court is not persuaded that such an extension is in the interest of justice.

Accordingly, for the reasons stated herein, **IT IS HEREBY ORDERED** that the Motion for Reconsideration is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113